CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAGRAM MILLER<br><br>Defendant. | Case No. 2:21-cr-38-JCM-VCF<br><br>**Government's Motion to Unseal the Instant Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Indictment filed under the instant case in anticipation of the defendant's initial appearance in the Eastern District of California Court today, April 21, 2021 at 2:00 p.m.

DATED this 21st day of April, 2021.

                                                Respectfully,

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney

                                                */s/ Bianca R. Pucci*
                                                BIANCA R. PUCCI
                                                Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAGRAM MILLER <br><br> Defendant. | Case No. 2:21-cr-38-JCM-VCF <br><br> **Order** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED  April 21, 2021.

_____
UNITED STATES DISTRICT JUDGE

2