RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Seagram Joshua Miller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAGRAM JOSHUA MILLER,<br><br>    Defendant. | Case No. 2:21-cr-00038-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Seagram Joshua Miller, that the Revocation Hearing currently scheduled on April 12, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

This is the first request for a continuance of the preliminary hearing.

1.  Defense counsel needs additional time to advise Mr. Miller on this matter, and additional time is required to conduct necessary investigation as to the allegations in the Petition.

2. Defense counsel requests additional time to attain mitigating information and prepare for the revocation hearing, if necessary.

3. Defense counsel received discovery on April 4, 2024, and additional time is needed to review the discovery with Mr. Miller and advise him on the same.

3. Mr. Miller is in custody and agrees with the need to continue the hearing.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Kimberly M Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SEAGRAM JOSHUA MILLER,<br><br>        Defendant. | Case No. 2:21-cr-00038-JCM-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 12, 2024, at 10:00 a.m., be vacated and continued to **May 13, 2024, at 10:30 a.m.**

    DATED April 8, 2024.

                                          _____
                                          UNITED STATES DISTRICT JUDGE